ANTOINETTE ANGEVINE, Respondent, v. FRED R. ANGEVINE, Appellant. FRED R. ANGEVINE, Appellant, v. ANTOINETTE R. T. ANGEVINE, Respondent.— Orders unanimously modified by granting the motion to the extent of requiring the

appellant to furnish a bond of $1,000 as security for the payment of all amounts due or to become due under the order of March 24, 1948, providing for the support of the infant and, as so modified, affirmed, without costs. No opinion. The cause should proceed expeditiously to trial. Present — Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ.